IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| MONA MITCHELL o/b/o | ) | |
| WILLIAM J. MITCHELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:07cv93-MHT |
| | ) | |
| MICHAEL ASTRUE, | ) | |
| Commissioner of Social Security | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on August 17, 2007 (Doc. No. 14), and after an independent and de novo review of the record, said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that this action is DISMISSED without prejudice for plaintiff's failure to prosecute.

DONE, this the 31st day of August, 2007.

　　　　　　　　　　　　　　　　　　　  /s/ Myron H. Thompson　　　　
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE